## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

Case No.:5:19-cv-280-D

| | |
|---|---|
| TAMI D. JOHNS,<br><br>Plaintiff,<br><br>v.<br><br>MICHAELS STORES, INC. and<br>BRANDI DUNCAN,<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING
PLAINTIFF'S MOTION
TO REMAND**

THIS MATTER came before the Court on Plaintiff's Motion to Remand this case to the state court from which it was removed, the Superior Court of Wake County, North Carolina (the "Motion") D.E. 13-14.

The parties have conferred and Defendants Michael Stores, Inc. and Brandi Duncan now consent to the proposed motion, which lies within this Court's inherent authority to order.

Accordingly, upon consideration of the Motion and the record, it is hereby ORDERED that Plaintiff's Motion to Remand this case to the Superior Court of Wake County, North Carolina is GRANTED.

SO ORDERED. This 12 day of September 2019.

JAMES C. DEVER III
United States District Judge